American Motorists Insurance Company, appellant, v. Inter-Insurance Exchange of the Illinois Automobile Club et al., appellees. Gen. No. 38,113.

 Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Bradley, Harper, Huss & Rehm, for appellants; Samuel A. Harper and Walter Sczudlo, of counsel. Ode L. Rankin, for appellees; Lord, Lloyd & Bissell, of counsel.

Mr. Justice Friend delivered the opinion of the court.